1

2

3

4

5

6

7

8

9

10

11

12

13

14

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ17-281 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| CHAK FUNG CHAN, | |
| Defendant. | |

15    Offense charged:

16        Count 1:        Structuring of Financial Transactions

17    Date of Detention Hearing: .July 6, 2017

18        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

19    based upon the factual findings and statement of reasons for detention hereafter set forth, finds

20    the following:

21        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22        1.        Defendant has stipulated to detention, but reserves the right to contest his

23    continued detention when he makes his initial appearance on this charge in the Southern

24    District of New York.

25

26

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

2.      There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community, pending his initial appearance in the Southern District of New York.

IT IS THEREFORE ORDERED:

(1)    Defendant shall be detained pending his initial appearance in the Southern District of New York and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)    On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)    The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 27th day of July, 2017.


_____
JAMES P. DONOHUE
Chief United States Magistrate Judge


DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2